**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Joaquim Teixeira and Jennifer Lynn Teixeira  Debtor, | Chapter: 7  Case No: 04–19501  Judge William C. Hillman |

**CERTIFICATE OF APPOINTMENT OF INTERIM TRUSTEE
AND FIXING OF BOND**

Pursuant to 11 U.S.C. § 701(a)(1)

David B. Madoff
Madoff & Khoury LLP
124 Washington Street – Suite 202
Foxborough, MA 02035

is hereby appointed as Interim Trustee in the above–referenced proceeding and is designated to preside at the meeting of creditors. The Trustee's bond is fixed under the general blanket bond heretofore approved. The Trustee shall notify the United States Trustee immediately in the event that the liquid assets exceed $1,000,000.

Pursuant to FRBP 2008 the Trustee will be deemed to have accepted this appointment unless it is rejected within five (5) days of receipt of this notice. Unless another trustee is elected the Interim Trustee appointed herein shall serve as Trustee without further appointment as provided by 11 U.S.C. § 702(d).

| | |
|---|---|
| Date:11/23/04 | Phoebe Morse  U.S. Trustee  (617) 788–0400 |

Original filed with Bankruptcy Court
Copy to trustee

**REJECTION**

I, David B. Madoff , hereby REJECT appointment as Trustee.
Dated: This day of _____ .

David B. Madoff

Original filed with Bankruptcy Court
Copy to United States Trustee

2