**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)  Case Number **04–19501 –wch**

# UNITED STATES BANKRUPTCY COURT
### District of Massachusetts

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/23/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office is prohibited from giving legal advice.

### See Reverse Side For Important Explanations.

| Debtor(s) (name(s) and address): | |
|---|---|
| Joaquim Teixeira<br>aka Jack Teixeira<br>94 Hunter St.<br>Fall River, MA 02721 | Jennifer Lynn Teixeira<br>aka Jennifer Reedy<br>94 Hunter St.<br>Fall River, MA 02721 |
| Case Number:<br>04–19501 | Social Security/Taxpayer ID Nos.:<br>xxx–xx–9833<br>xxx–xx–4386 |
| Attorney for Debtor(s) (name and address):<br>Anthony C. Bucacci<br>Bucacci & Simonian, P.C.<br>154 N. Main St<br>Fall River, MA 02720<br>Telephone number: (508) 674–6000 | Bankruptcy Trustee (name and address):<br>David B. Madoff<br>Madoff & Khoury LLP<br>124 Washington Street – Suite 202<br>Foxborough, MA 02035<br>Telephone number: 508–543–0040 |

### Meeting of Creditors:

Date: **January 5, 2005**                                                                 Time: **01:30 PM**

Location: **Brockton Federal Office Building, 166 Main Street, 1st Floor, Brockton, MA 02401**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 3/7/05**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office:<br>U. S. Bankruptcy Court<br>10 Causeway Street<br>Room 1101<br>Boston, MA 02222<br>Telephone number: 617–565–6054 | For the Court:<br>Clerk of the Bankruptcy Court:<br>James M. Lynch |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM<br>On–Line: www.mab.uscourts.gov | Date: 11/29/04 |

**EXPLANATIONS** FORM B9A (12/03)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Abandonment of Estate Property | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. § 554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within ten (10) days from the date first scheduled for the meeting of creditors. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office is prohibited from giving legal advice. You may want to consult an attorney to protect your rights. |

–– Refer to Other Side for Important Deadlines and Notices ––

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

Case 04-19501    Doc 4    Filed 12/01/04    Entered 12/02/04 01:43:16    Desc Imaged
                          Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0101-1           User: admin              Page 1 of 1              Date Rcvd: Nov 29, 2004
Case: 04-19501                 Form ID: b9aauto        Total Served: 39

The following entities were served by first class mail on Dec 01, 2004.
 db       +Joaquim Teixeira,    94 Hunter St.,    Fall River, MA 02721-1219
 jdb      +Jennifer Lynn Teixeira,    94 Hunter St.,    Fall River, MA 02721-1219
 aty      +Anthony C. Bucacci,    Bucacci & Simonian, P.C.,    154 N. Main St,    Fall River, MA 02720-2127
 tr       +David B. Madoff,    Madoff & Khoury LLP,    124 Washington Street - Suite 202,
            Foxborough, MA 02035-1368
 smg      +COMMONWEALTH OF MASSACHUSETTS,    DIV OF UNEMPLOYMENT ASSISTANCE,    ATTN BANKRUPTCY UNIT 5TH FLOOR,
            19 STANIFORD STREET,    BOSTON, MA 02114-2502
 smg      +MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    PO BOX 9454,    BOSTON, MA 02209-9454
 smg      +UNITED STATES ATTORNEY,    ONE COURTHOUSE WAY,    SUITE 9200,    BOSTON, MA 02210-3013
 smg       US DEPARTMENT OF LABOR,    EMPLOYEE BENEFITS,    JFK FEDERAL BUILDING,    ROOM 575,    BOSTON, MA  02203
 ust      +John Fitzgerald,    Office of the US Trustee,    10 Causeway Street,    Boston, MA 02222-1043
15387763  +AT & T UNIVERSAL CARD,    P0 BOX 8208,    SOUTH HASENSACK, NJ 07606-8208
15387764  +ATTORNEY MARK KARSNER,    128 DEAN STREET,    TAUNTON, MA 02780-2762
15387766  +CAROL BENNETT,    THE RAWLINGS COMPANY LLC,    P.O. BOX 740027,    LOUISVILLE, KY 40201-7427
15387767  +CHARLTON ANESTHESIA GRPUP. INC.,    C/O SALISBURY ASSOC.,    340 MAIN STREET,
            WORCESTER, MA 01608-1604
15387768  +CHARLTON MEMORIAL HOSPITAL,    363 HIGHLAND AVE,    FALL RIVER, MA 02720-3700
15387769  +CHASE,    P0 BOX 15583,    WILMINGTON, DE 19886-0001
15387770  +COASTAL ORTHOPAEDIC INS,    235 HANOVER STREET,    FALL RIVER, MA 02720-5246
15387771  +DARTMOUTH MEDICAL EQUIPT,    471 UNION STREET,    NEW BEDFORD, MA 02740-3564
15387773  +DR MEDICAL LLC,    P0 BOX 55849,    BOSTON, MA 02205-5849
15387775  +FALL RIVER MUNICIPAL CRED,    333 MILIKIN BLVD.,    FALL RIVER, MA 02721-1603
15387776  +FALL RIVER MUNICIPAL CREDIT UNION,    333 MILIKIN BLVD.,    FALL RIVER, MA 02721-1603
15387778  +GATEWAAY CREDIT PLAN,    PG BOX 9025,    DES MOINES, IA 50368-0001
15387779  +GMAC,    P0 BOX 5360,    MANCHESTER, NH 03108-5360
15387780  +GORDONS JEWELERS,    P0 BOX 9025,    DES MOINES, IA 50368-0001
15387781  +JC PENNEY,    P0 BOX 981131,    EL PASO, TX 79998-1131
15387782  +METROPOLITON INSURANCE,    SUBROGATION DEPT.,    700 QUAKER LANE,    P.O. BOX 668,
            WARWICK, RI 02887-0668
15387783  +METROPOLITON LIFE,    P.O. BOX 1205,    TEWKSBURY, MA 01876-0905
15387785  +RESPONSE AMBULANCE SERVIC,    P0 BOX 79597,    NORTH DARTMOUTH, MA 02747-0988
15387786  +RETAIL SERVICES,    P0 BOX 17298,    BALTIMORE, MD 21297-1298
15387787  +SANTO CHRISTO FED. CREDIT,    149 COLUMBIA ST,    FALL RIVER, MA 02721-1396
15387788  +SOUTHCOAST HOSPITALS,    P0 BOX 11357,    BOSTON, MA 02211-0001
15387789  +SOUTHCOAST HOSPITALS GROU,    363 HIGHLAND AVENUE,    FALL RIVER, MA 02720-3703
15387790  +STUART ALLAN AND ASSOC.,    5447 E 5TH STREET, STE 110,    TUCSON, AZ 85711-2345
15387791  +UT RADIOLOGY,    1 VILLAGE SQ.,    CHELMSFORD, MA 01824-2744

The following entities were served by electronic transmission on Nov 30, 2004 and receipt of the transmission
was confirmed on:
15387763  +EDI: CITICORP.COM Nov 30 2004 01:42:00      AT & T UNIVERSAL CARD,    P0 BOX 8208,
            SOUTH HASENSACK, NJ 07606-8208
15387765  +EDI: CAPITALONE.COM Nov 30 2004 01:42:00      CAPITAL ONE,    P.O. BOX 85147,
            RICHMOND, VA 23276-0001
15387772  +E-mail: mrdiscen@discoverfinancial.com Nov 30 2004 02:33:24     DISCOVER,    P0 BOX 15251,
            WILMINGTON, DE 19886-0001
15387774  +EDI: WTRWFNNB.COM Nov 30 2004 01:41:00      EXPRESS,    P0 BOX 659728,    SAN ANTONIO, TX 78265-9728
15387777  +EDI: MAYSTORES.COM Nov 30 2004 01:42:00      FILENES,    P.O. BOX 94868,    CLEVELAND, OH 44101-4868
15387784  +EDI: PROVID.COM Nov 30 2004 01:42:00      PROVIDIAN,    P0 BOX 9539,    MANCHESTER, NH 03108-9539
15387792  +EDI: WTRWFNNB.COM Nov 30 2004 01:41:00      VICTORIAS SECRET,    P0 BOX 659728,
            SAN ANTONIO, TX 78265-9728
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 01, 2004**                                **Signature:**    *Joseph Speetjens*