**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In Re:   Joaquim Teixeira and Jennifer Lynn Teixeira<br>Debtor, | Chapter: 7<br>Case No: 04–19501<br>Judge William C. Hillman |

---

**ORDER DISCHARGING TRUSTEE
AND CLOSING CASE**


It is hererby **ORDERED** that David B. Madoff , the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).


Date:3/29/05                                                                                          By the Court,

                                                                                                            <u>William C. Hillman</u>
                                                                                                            U.S. Bankruptcy Judge