**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Joaquim Teixeira and Jennifer Lynn Teixeira<br>            Debtor, | Chapter: 7<br>Case No: 04–19501<br>Judge William C. Hillman |

**ORDER DISCHARGING TRUSTEE
AND CLOSING CASE**

It is hererby **ORDERED** that David B. Madoff , the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:3/29/05                                                                              By the Court,

                                                                                                   <u>William C. Hillman</u>
                                                                                                   U.S. Bankruptcy Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0101-1          User: kmp              Page 1 of 1              Date Rcvd: Mar 29, 2005
Case: 04-19501                Form ID: odct          Total Served: 1
```

The following entities were served by first class mail on Mar 31, 2005.
tr         +David B. Madoff,   Madoff & Khoury LLP,   124 Washington Street - Suite 202,
            Foxborough, MA 02035-1368

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2005**                            Signature:  _Joseph Speetjens_